UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARY E. CHARLES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | No.: 3:10-CV-134 <br> (VARLAN/GUYTON) |

## **ORDER**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, the Report and Recommendation [Doc. 12] entered by Magistrate Judge H. Bruce Guyton is **ACCEPTED IN WHOLE**; plaintiff's Motion for Summary Judgment [Doc. 8] is **DENIED**; Defendant Commissioner's Motion for Summary Judgment [Doc. 10] is **GRANTED**; and the decision of the defendant Commissioner in this case denying plaintiff's application for supplemental security income benefits is **AFFIRMED**. This case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE